UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             -against-<br><br>MAX MCDERMOTT,<br>                              Defendant. | 25-cr-427 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    It is hereby ORDERED that the parties appear for an arraignment and pretrial conference with the Court on Wednesday, October 8, 2025 at 10:00 AM, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: October 7, 2025
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge