UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>MAX MCDERMOTT,<br>      Defendant. | 25-cr-427 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The defendant was arraigned on October 8, 2025, and the Court was advised that the parties had agreed upon bail conditions and would submit a letter detailing those conditions that the Court could so order. To date, no such letter has been submitted. The parties should promptly submit this letter by 5:00 PM today, or if there is a disagreement, they should apprise the Court by 5:00 PM today. If there is a dispute, the parties should be prepared to appear in court on Thursday, November 13, 2025 at 9:30 AM to address the issue.

  SO ORDERED.

Dated: November 12, 2025
   New York, New York

                     _____
                     ARUN SUBRAMANIAN
                     United States District Judge