**SHER TREMONTE LLP**

November 12, 2025

**BY ECF**
The Honorable Arun Subramanian
United States District Judge
500 Pearl Street, Courtroom 15A
New York, NY 10007

      Re:    *United States of America v. Max McDermott*, No. 25-cr-427 (AS)

Dear Judge Subramanian,

      We write on behalf of our client, Max McDermott, the defendant in the above captioned matter, in response to the Court's November 12, 2025 order directing the parties to advise the Court of the agreed upon (or disputed) bail conditions by 5PM and to appear tomorrow, if necessary.

      The parties have reached agreement on all but one of the proposed bail conditions. When we appeared before the Court for Mr. McDermott's arraignment on October 8, 2025, we advised the Court that we objected to the government's proposed prohibition on all contact for any purpose with any potential witness (the "no-contact provision"), defined by the government as: any current or former employee/officer/broker/agent of several different companies. We indicated that we would provide a proposed list of potential witnesses to be carved out from the no-contact provision, including, for example, Mr. McDermott's current employee and his company's former and current counsel, for the government's consideration. We provided the government with the names of five individuals for exclusion from the no-contact provision on October 14, 2025.

      We have been in regular contact with both the government and Pretrial Services concerning whether the government has reached a position on our request to limit the no-contact provision. We understand that the government has not yet reached a position as to whether Mr. McDermott should be permitted to have contact with the particular people we identified and wishes to discuss the matter further. The lead prosecutor on this case is out of the office this week and proposed that we try to reach agreement on the bond on Monday, November 17, 2025, when he is back in the office, and that we bring this matter to the Court's attention if we cannot resolve it.

      We propose that the Court enter a bond that contains the undisputed provisions and allow the parties to attempt to resolve the disputed no-contact provision on Monday, as planned. The parties could then propose an appropriate amendment to the bond concerning the disputed provision.

Hon. Arun Subramanian
November 12, 2025
Page 2 of 2

In coordination with Pretrial Services, the parties have agreed to the following proposed bond conditions:

- <u>A $250,000 personal recognizance bond to be cosigned by one financially responsible person;</u>
- <u>Pretrial Services Supervision as directed;</u>
- <u>Travel within the Continental United States with advanced notice to Pretrial Services if outside of CA and NY;</u>
- <u>Surrender Passport and make no new applications</u>
- <u>Do not open any new personal accounts, lines of credit, or loans without prior approval of Pretrial Services</u>
- <u>Do not sell or transfer an asset valued at $1,000,000 or more unless approved by Pretrial Services</u>

The contested provision is "no contact with any victims or witnesses, outside the presence of counsel." Mr. McDermott objects to the blanket prohibition and asks to carve out the individuals we identified for the government as well as his current and former counsel, who the government may view as witnesses.

If the Court chooses to enter a provision relating to victim/witness contact prior to Monday, we ask that the Court enter the following more limited version of the government's proposed provision, until the parties can further confer: "no contact with any victims or witnesses **concerning this case**, outside the presence of counsel."

With respect to tomorrow, as noted, we understand that the lead prosecutor is currently out of the office. We are also currently in our eighth week of trial in the Eastern District of New York in front of Judge Azrack in Central Islip, so we respectfully request a date to appear next week, at the Court's convenience.

Respectfully submitted,

*/s/ Alexandra Conlon*
Alexandra Conlon
Michael Tremonte

*Attorneys for Max McDermott*

GRANTED. The Court hereby approves the undisputed provisions as <u>underlined</u> above. The parties should meet and confer on an appropriate no-contact provision and should either submit an agreed-upon condition, or the parties' competing proposals, by 5pm ET on Monday, November 17, 2025. The hearing proposed for November 13 is adjourned pending the receipt of the parties' submissions.

The Clerk of Court is directed to terminate the motion at Dkt. 19.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 12, 2025

cc: AUSA Qais Ghafary (by ECF); Pretrial Services (by email)