**SHER TREMONTE LLP**

November 17, 2025

**BY ECF**
The Honorable Arun Subramanian
United States District Judge
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re: *United States of America v. Max McDermott*, No. 25-cr-427 (AS)

Dear Judge Subramanian,

We write on behalf of our client, Max McDermott, the defendant in the above captioned matter, in response to the Court's November 13, 2025 order (ECF No. 20) directing the parties to submit their proposals concerning the no-contact provision by November 17, 2025.

The parties have reached agreement on the no-contact provision as follows.

Mr. McDermott will have no contact with any potential witness, defined as any current or former employee/officer of the entities referenced in the indictment as "Investment Firm-1," "Escrow Company-1," "Real Estate Company-1," and "Lender-1," as well as the brokers and agents of "Lender-1" who worked on the relevant transactions, except as memorialized in e-mails exchanged between the parties on November 17, 2025, which carve out certain individuals (the "carve-out list").

Mr. McDermott may have unlimited contact with the lawyers who represented him in a civil matter with "Lender-1" and a related SEC proceeding. Mr. McDermott may also have contact with several former employees of the relevant entities, as agreed to in the November 17, 2025 email exchange, but Mr. McDermott may not discuss the case with those former employees.

The government has agreed to investigate two additional former employees identified by Mr. McDermott for potential inclusion in the carve-out list.

The parties' agreed-upon no-contact provision is APPROVED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 21.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: November 18, 2025

Respectfully submitted,

*/s/ Alexandra Conlon*
Alexandra Conlon
Michael Tremonte

*Attorneys for Max McDermott*

cc: AUSA Qais Ghafary (by ECF)