# SHER TREMONTE LLP

January 7, 2026

**The request for an adjournment is GRANTED. The conference will now take place on Monday, March 16, 2026, at 4:00 PM.**

**BY ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

**IT IS FURTHER ORDERED that the time between January 12, 2026, and March 16, 2026, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the parties to continue reviewing discovery and other disclosures in preparation for any pretrial motions, and to consider any pretrial dispositions.**

**The Clerk of Court is respectfully directed to terminate the motion at Dkt. 28.**

**SO ORDERED.**

Re:     ***United States of America v. Max McDermott***,
        No. 25-cr-427 (AS)

**Arun Subramanian, U.S.D.J.**
**Dated: January 8, 2026**

Dear Judge Subramanian,

We write on behalf of our client, Max McDermott, the defendant in the above captioned matter, to respectfully request an adjournment of the status conference currently scheduled for January 12, 2026 at 2 PM at Daniel Patrick Moynihan U.S. Courthouse Courtroom 15A. We have received a significant quantity of discovery material from the government and expect to receive some additional material. We are still reviewing the discovery received and would benefit from additional time to review the discovery before the next status conference. Based on our correspondence with the government and the Court, we ask to adjourn the status conference until March 16, 2026. If the afternoon of March 16th is not convenient for the Court, we alternatively ask to hold the status conference on March 18, 2026. The government joins the request.

The government requests, without objection, that the Court exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) from January 12, 2026 through the date of any adjournment, on the basis that the interests of the public and the defendants in a speedy trial are outweighed by the interest in the parties continuing to review any discovery and other disclosures in preparation for making any pretrial motions or considering any pretrial dispositions.

We appreciate the Court's consideration.

Respectfully submitted,

*/s/ Alexandra Conlon*
Alexandra Conlon
Michael Tremonte

*Attorneys for Max McDermott*

cc:     AUSA Qais Ghafary (by ECF)