UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | |
| -against- | 25-CR-427 (AS) |
| Max McDermott, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

Arena Investors, LP, Arena Special Opportunities Fund, LP, and Arena Origination Co. LLC (collectively, "Arena") have moved to intervene in this case. The Court GRANTS Arena's motion to intervene. Arena should file their motion for a protective order on the docket, together with any supporting materials, and their letter seeking reconsideration of the Court's March 13, 2026 order. McDermott shall respond to Arena's letter by Friday, March 20, 2026.

SO ORDERED.

Dated: March 17, 2026
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge