# SHER TREMONTE LLP

March 19, 2026

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

**Re:**    ***United States of America v. Max McDermott,***
No. 25-cr-427 (AS)

Dear Judge Subramanian:

We write on behalf of our client, Max McDermott, the defendant in the above captioned matter, to respectfully request an extension of our time to respond to the letter brief that third-party intervenor Arena e-mailed to chambers on March 16, 2026 ("Arena's Letter Brief"), Arena's Motion to Intervene (Dkt. 36) ("Arena's Motion"), and an extension of the April 30, 2026 control date. Specifically, we request to extend our time to respond to Arena's Letter Brief until March 27, 2026, to extend our time to respond to Arena's Motion until May 1, 2026, and we accordingly propose adjourning the April 30, 2026 control date to a date convenient for the Court after May 15, 2026.

During oral argument on March 16, 2026, undersigned counsel proposed that we respond to Arena's Letter Brief tomorrow, March 20, 2026. Upon review of the transcript from Monday's oral argument, we have determined that we require additional time to respond to questions raised by the Court and arguments raised by Arena, both in its Letter Brief and during oral argument. For that reason, we request an additional week to respond to Arena's Letter Brief and propose a deadline of March 27, 2026.

We additionally request an extension of time to file our opposition Arena's Motion. In our forthcoming response to Arena's Letter Brief, we will ask the Court to permit us to review documents on Arena's privilege log for the purpose of preparing our opposition to Arena's Motion. We request additional time to prepare our opposition to Arena's Motion (the "Opposition") because the scope of and support for our arguments in the Opposition will depend in large part on the Court's decision on our forthcoming response to Arena's Letter Brief. In addition, we are currently still unable to access documents that Arena produced to the government that are *not* on Arena's privilege log, having segregated the entirety of Arena's production from the rest of Rule 16 Discovery. We are taking appropriate steps to coordinate restoring our access to the documents that are *not* on Arena's privilege log, but given the length of the log and the form that it is in, the process is slow and ongoing. Moreover, at 6:41 PM today, Arena emailed the Court and the undersigned an updated privilege log and a list of documents that it has purportedly removed from the log. We require additional time to restore our access to the documents not listed on Arena's privilege log, and those documents recently removed from the log, and review them for purposes of our Opposition. Accordingly, we ask to extend the deadline for our Opposition from April 17, 2026 to May 1, 2026.

Hon. Subramanian
March 19, 2026
Page 2

Finally, we propose adjourning the current control date of April 30, 2026, which was chosen based on the current briefing schedule.  Because we propose extending our time to file our Opposition by two weeks, we propose adjourning the control date by two weeks, to a date on or after May 15, 2026 as suits the Court.

We have previously made one request for an extension of time to file our Opposition, which was granted by the Court on March 13, 2026.  This is the first request for an extension of time to file our response to Arena's Letter Brief.

We have contacted counsel for the government and Arena to inform them we are making this request, but have not received their positions.

Should the government request to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) from April 30, 2026 through the date of any adjournment, on the basis that the interests of the public and the defendant in a speedy trial are outweighed by the interest in the parties in resolving the pending Motion of third-party intervenor Arena and allowing the parties to review available discovery in preparation for making any pretrial motions or considering any pretrial dispositions, Mr. McDermott would not object.

GRANTED IN PART. McDermott's response to Arena's Letter Brief is now due no later than **Wednesday, March 25, 2026**.

The Court will reserve ruling on McDermott's requested extension to respond to Arena's Motion and adjourn the control date, so that Arena may respond to those requests **by Monday, March 23, 2026**.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 43.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 20, 2026

Respectfully submitted,

*/s/ Alexandra Conlon*
Alexandra Conlon
Michael Tremonte
Grace Coleman

*Attorneys for Max McDermott*

cc:    All Counsel of Record (by ECF)