UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>      -against-<br><br>Max McDermott,<br><br>              Defendant. | 25-CR-427 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court has received non-party Arena's motion for reconsideration, Dkt. 42, and McDermott's opposition, Dkt. 48. Arena's request to reply by April 3, 2026 is GRANTED.

The Court has also received Arena's motion for a protective order, Dkt. 36. McDermott's request to respond to that motion by May 1, 2026 is GRANTED.

The April 30, 2026 control date is hereby ADJOURNED to May 19, 2026 at 2:00 PM.

SO ORDERED.

Dated: March 27, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge