UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | |
| -against- | 25-cr-427 (AS) |
| Max McDermott, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

Arena's request for reconsideration, Dkt. 42, is GRANTED IN PART and DENIED IN PART. In responding to Arena's motion for a protective order, Dkt. 36, McDermott may not access any documents listed on Arena's privilege log, but he may access his work product and memory about the content of those documents. McDermott should redact any reference to the content of those documents from his publicly filed opposition brief and file a separate unredacted brief under seal.

Arena's request to file redacted letters, Dkt. 55, is GRANTED. McDermott's request to file a surreply, Dkt. 58, is DENIED AS MOOT.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 42, 55, and 58.

SO ORDERED.

Dated: April 13, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge