**WHITE & CASE**

April 16, 2026

VIA ECF

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
**T** +1 212 819 8200

**whitecase.com**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

**RE:**    *United States of America v. Max McDermott*, **No. 25-cr-427 (AS) – Motion for Extension of Time**

Dear Judge Subramanian:

Third-party movants Arena Special Opportunities Fund, LP, Arena Origination Co. LLC, and Arena Investors, LP (collectively, "Arena") respectfully requests an extension of time to file its reply in support of Arena's motion for a protective order ("Arena's Motion"), in accordance with paragraph 4(D) of Your Honor's Individual Practices in Criminal Cases.

Under Local Criminal Rule 49.1, Defendant's opposition to Arena's Motion would have been due within fourteen days—March 21—and Arena's reply within seven days. The Court has twice granted Defendant's requests for extensions, with Defendant's opposition now due May 1, 2026—a total of eight weeks from the original deadline. ECF Nos. 34, 51.

The primary reason Defendant sought its second extension was to obtain permission to review documents on Arena's privilege log, representing that "the scope of and support for [its] arguments in the Opposition will depend in large part on the Court's decision" on that request. ECF No. 43 at 1. On April 13, 2026, the Court granted Arena's motion for reconsideration in part, ordering that Defendant may not access any documents listed on Arena's privilege log. ECF No. 59. The universe of materials Defendant must review for its opposition is now meaningfully narrower than Defendant previously anticipated. On that basis, Arena suggested during meet-and-confer that a shorter opposition deadline may now be warranted. Defendant disagreed and maintained that it requires the full time previously granted. Arena does not seek to shorten Defendant's deadline.

However, given the complexity of the privilege and discovery issues raised by Arena's Motion and the fact that Defendant has eight weeks to develop its opposition, a one-week reply period is inadequate. Defendant's opposition will likely draw on summaries and recollections from its review of Arena's privileged documents, and Arena will need time to identify, verify, and respond to any such allegations. To ensure procedural fairness, due process, and that Arena has a reasonable opportunity to address Defendant's arguments, Arena respectfully requests an extension of equal time as Defendant. Arena proposes that the deadline for its reply be extended from May 8, 2026 to June 19, 2026. This would eliminate the extreme disparity that exists under

1

April 16, 2026

**WHITE & CASE**

the current schedule, while ensuring Arena's reply period is one week shorter than the time afforded to Defendant.  This is Arena's first request for an extension.

Defendant opposes an extension beyond one week, stating that it would cause unacceptable delay to the criminal case.  That position is difficult to square with Defendant's own request for eight weeks to oppose Arena's Motion and refusal to modestly shorten that period during the recent meet-and-confer.  In any event, given the early stage of the criminal proceedings, Arena's requested extension will not cause any meaningful delay.  The parties are scheduled to appear before the Court on May 19, 2026.

We thank the Court for its time and consideration.

GRANTED IN PART. Arena's reply brief is now due **May 15, 2026**.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 60.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 29, 2026

Respectfully submitted,

WHITE & CASE LLP

By: /s/Joel M. Cohen
    Joel M. Cohen
    Laura Garr
    1221 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 819 8849
    joel.cohen@whitecase.com
    lgarr@whitecase.com

cc:    All Counsel of Record (by ECF)

2