# SHER TREMONTE LLP

April 29, 2026

**BY ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

       **Re:**    *United States of America v. Max McDermott*, No. 25-cr-427 (AS)

Dear Judge Subramanian,

      We write on behalf of our client, Mr. McDermott, to request permission to: (1) redact additional limited portions of our publicly filed opposition to Arena's Motion for a Protective Order and (2) submit an unredacted version of our opposition *ex parte*, as to the government. *See* ECF No. 59 (directing redaction of discussion of documents' contents). Our opposition is due this Friday, May 1, 2026. *See* ECF No. 51. We further request that (3) the Court prohibit Arena from sharing in fact or in substance any confidential information, or defense strategy or theories, discussed in our opposition—whether through Arena's counsel, or its employees or representatives.

      We anticipate making specific representations, for the limited purpose of litigating the instant motion, as to how we intend to use documents at trial and their legal significance to Mr. McDermott's defense. The proposed redactions will be narrowly tailored to avoid revealing defense strategy and privileged information to the government and infringing on Mr. McDermott's constitutional rights under the Fifth and Sixth Amendments. *Cf. Weatherford v. Bursey*, 429 U.S. 545, 558 (1977) (recognizing that communication of defense strategy to the government would violate the Sixth Amendment).

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 64.

                               Respectfully submitted,

SO ORDERED.

                               */s/ Alexandra Conlon*
                               Michael Tremonte
                               Alexandra Conlon
                               Grace Coleman

Arun Subramanian, U.S.D.J.
Date: April 29, 2026
                               *Attorneys for Max McDermott*

cc:    All Counsel of Record (by ECF)