**WHITE & CASE**

May 6, 2026

VIA ECF

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
**T** +1 212 819 8200

**whitecase.com**

RE:    *United States of America v. Max McDermott*, No. 25-cr-427 (AS) – Motion for
       Extension of Time

Dear Judge Subramanian:

Third-party movants Arena Special Opportunities Fund, LP, Arena Origination Co. LLC, and Arena Investors, LP (collectively, "Arena") respectfully requests an extension of time to file its reply in support of Arena's motion for a protective order ("Arena's Motion"), in accordance with paragraph 4(D) of Your Honor's Individual Practices in Criminal Cases.

The Court previously granted Arena a one-week extension to file its reply in support of Arena's Motion. ECF No. 66. When Defendant's counsel opposed Arena's earlier request for additional time, they did not inform the Court that they intended to submit an expert declaration from Dr. Maura R. Grossman (ECF No. 70)—a twelve-page report raising new arguments regarding Federal Rule of Evidence 502(e) clawback agreements, e-discovery review methodology, email address field techniques, keyword search design, quality control procedures, and statistical sampling. Defendant has also made several factual allegations based on evidence withheld from Arena. Two weeks is insufficient time for Arena to evaluate and adequately respond to this new evidence.

Accordingly, good cause exists for a modest extension pursuant to Federal Rule of Criminal Procedure 45. To ensure a fair and adequate opportunity to respond, Arena respectfully requests a two-week extension to file its reply, until May 29, 2026. Arena also requests that the Court reschedule the May 19 court appearance to early June. A two-week extension is reasonable and proportionate to the extraordinary relief sought by the opposition, and is substantially less than the eight weeks Defendant was granted to prepare its opposition. Two additional weeks would not meaningfully delay these proceedings, and no trial date would be disrupted. Arena further notes that a one-week extension would conflict with counsel's hearing and deadlines in other matters during the week ending May 22.

Defense counsel opposes Arena's extension request. While defense counsel stated that they will file a letter setting forth their position, paragraph 4(D)(5) of Your Honor's Individual Practices in Criminal Cases requires Arena to include defense counsel's reasons for refusing to consent to the extension. Defense counsel contended that Arena is not entitled to submit a responsive declaration or rebuttal expert report because any such evidence should have been included in Arena's opening

1

May 6, 2026

**WHITE & CASE**

brief.  Arena intends to respond to the expert testimony and factual allegations that Defendant introduced in opposition—evidence that Arena could not have submitted with its Motion.

To permit Defendant to introduce an expert declaration while foreclosing Arena's opportunity to respond would be fundamentally unfair, inconsistent with procedural rules, and contrary to principles of due process.

We thank the Court for its time and consideration.

GRANTED IN PART and DENIED IN PART. Arena's reply deadline is extended one week, to **Friday, May 22, 2026**. The control date remains in place.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 72.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 11, 2026

    cc:    All Counsel of Record (by ECF)

Respectfully submitted,

WHITE & CASE LLP

By: /s/Joel M. Cohen
    Joel M. Cohen
    Laura Garr
    1221 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 819 8849
    joel.cohen@whitecase.com
    lgarr@whitecase.com