UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Max McDermott,

Defendant.

25-cr-427 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court has received McDermott's letter-motion dated July 15, 2026 regarding the government's review of privileged materials. If the government intends to oppose any of the relief requested in that letter-motion, it should do so by **July 29, 2026**.

SO ORDERED.

Dated: July 22, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge