UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Max McDermott,

Defendant.

25-cr-427 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

McDermott may reply to the government's opposition to his July 15, 2026 letter-motion by **Wednesday, August 5, 2026**.

SO ORDERED.

Dated: August 4, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge