UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>MAX MCDERMOTT,<br><br>Defendant. | 25-cr-427 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The government requests that the defense complete its privilege review of the Google Responsive Set by November 24, 2026, so that nonprivileged documents may be released to the Case Team. The Court understands that the defense's privilege review has been "tremendously time and resource intensive," but cannot agree with the defense's claim that the Case Team is "not harmed" by the loss of access to these materials. Dkt. 112 at 2. The privilege review has been ongoing for approximately six months and the defense, while proposing to release materials on a rolling basis, has offered no timeline for its completion.

The Court will adopt the defense's proposal to order the review and release of material in the Google Responsive Set on a rolling basis. The material for the period up to December 31, 2021 should be released to the Case Team by November 24, 2026. The remainder of the Google Responsive Set should be reviewed, and the nonprivileged material released to the Case Team, by January 5, 2027.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 111.

SO ORDERED.

Dated: November 17, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge